**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **JULIO ALBERTO DOMINGUEZ,** ) | |
|    **Defendant-Petitioner,** ) | |
| ) | |
| vs. ) | No. 3:06-CV-1295-D |
| ) | No. 3:04-CR-357-D |
| **UNITED STATES OF AMERICA,** ) | |
|    **Plaintiff-Respondent.** ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

SIGNED December 29, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE